UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Timothy Gordon Pleasants
Kristi Lorraine Pleasants            Case No.  10-32572-KRH
    Debtors                       Chapter 13

 618 Fairfield Drive

King William, VA  23086

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s) (if any) 2362

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for debtors filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $250.00 in connection with the filing of a motion for relief from the automatic stay, filed on behalf of GMAC Mortgage on July 8, 2011; for which the court entered a consent order on July 29, 2011.

There being no objection filed to the application for compensation in this matter to date in the amount of $250.00 and that the Chapter 13 trustee is authorized to pay an additional $250.00 to Richard J. Oulton from the next funds paid by or on behalf of the debtors to the Chapter 13 plan.

                          UNITED STATES BANKRUPTCY COURT

                          By_____
                                  Judge

Entered:

_____

I ask for this:
/s/ Richard J. Oulton
Richard J. Oulton, VSB# 29640, Counsel for Debtor
111 Highland Avenue
Colonial Heights, VS 23834
Tel. 804-520-2428
Fax: 804-318-3806


Seen and agreed

 /s/ Robert E. Hyman
Chapter 13 Trustee

## CERTIFICATION

I hereby certify that this order has been endorsed by all necessary parties to this matter.

/s/ Richard J. Oulton
Richard J. Oulton


Please send a copy of this order to:

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23218-1780

Timothy Gordon Pleasants
Kristi Lorraine Pleasants
618 Fairfield Drive
King William, VA  23086